UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| HELEN D. LITTLE, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO. 3:12-cv-352-TLS-CAN |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) ) | |
| | ) | |
| Defendant. | ) | |

**REPORT & RECOMMENDATION**

On June 12, 2013, the Court vacated the Commissioner's final decision and ordered that this case be remanded for further proceedings specifically related to assessing Plaintiff's credibility and determining her RFC. [Doc. No. 17]. On September 9, 2013, Plaintiff filed a motion for attorney's fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. [Doc. No. 19]. In her motion, Plaintiff requested $5,047.22 in EAJA attorney fees plus costs of $350.00 from the Judgment Fund. *See* Doc. No. 20-1 at 4. On September 12, 2013, Defendant filed a response indicating that she has no objection to Plaintiff's request for attorney fees and costs under the EAJA. [Doc. No. 21]. Moreover, Plaintiff timely filed the instant motion and demonstrated that the Commissioner's position was not substantially justified, that he was the prevailing party, and that the cost of living adjustment and numbers of hours expended by counsel and his staff are reasonable. *See* 28 U.S.C. § 2412(d)(1).

Because Defendant does not object, the undersigned **RECOMMENDS** that Plaintiff's motion be **GRANTED** [Doc. No. 19]. Because Plaintiff has assigned his right to the award to his attorney, the undersigned further **RECOMMENDS** that Defendant be **ORDERED** to pay $5,397.22 in attorney fees and costs, payable to Plaintiff's attorney, Charles E. Binder at the Law

Offices of Harry J. Binder and Charles E. Binder, P.C. Doc. No. 19-2; *see also Astrue v. Ratliff*, 130 S. Ct. 2521, 2528–29 (2010). In addition, the undersigned **RECOMMENDS** that Defendant be **ORDERED** to ascertain whether Plaintiff owes pre-existing debt to the United States that is subject to offset. *See Astrue*, 130 S. Ct. at 2528–29. If Plaintiff owes pre-existing debt subject to offset, the undersigned **RECOMMENDS** that Defendant Social Security Administration be **ORDERED** to instruct the U.S. Department of Treasury to pay Plaintiff any amount remaining after offset, and to make any such payment payable to Plaintiff's attorney, Charles E. Binder at the Law Offices of Harry J. Binder and Charles E. Binder, P.C.

> **NOTICE IS HEREBY GIVEN that within fourteen (14) days after being served with a copy of this recommended disposition, a party may serve and file specific, written objections to the proposed findings and recommendations. Fed.R.Civ.P. 72(b)(2). FAILURE TO FILE OBJECTIONS WITHIN THE SPECIFIED TIME WAIVES THE RIGHT TO APPEAL THE DISTRICT COURT'S ORDER.**
>
> **SO ORDERED.**

Dated this 16th day of September, 2013.

S/Christopher A. Nuechterlein
Christopher A. Nuechterlein
United States Magistrate Judge
